**Brenna B. Mahoney**
**Clerk of Court**

Leonard Clingman
165 Tompkins Ave, #2
Brooklyn, NY 11206

# United States District Court
# Eastern District of New York



**August Marziliano**
Chief Deputy, Brooklyn

**Ogoro Francis-McLeish**
Chief Deputy, Central Islip

Date: 5/9/25

Docket Number: __25-cv-02618__ (include this number on all papers submitted to the Court)

**Dear Litigant:**

The Clerk's Office received the enclosed papers on __5/7/25__. A docket number has been assigned to your submission. The papers are deficient for one or more of the following reasons checked. below. Please read this list carefully to correct any mistakes or omissions in your papers. If you decide to proceed with your action, you must return the enclosed papers WITHIN 14 DAYS FROM THE DATE OF THIS LETTER. If you do not comply, your case will not proceed and may be dismissed.

☐ **Papers**, including complaints, petitions, motions, or any other document, cannot be filed without an original signature pursuant to Rule 11 of the Federal Rules of Civil Procedure. Your original signature is needed wherever an "X" appears.

☑ **A total fee of $405 (consisting of $350 civil action filing fee and a $55 administrative fee) [in cash, if submitted in person] or by certified check or money order made payable to the Clerk of Court, U.S.D.C.,E.D.N.Y., is required in order to commence a civil action** other than an application for a writ of habeas corpus or a motion under 28 U.S.C. § 2255 - or - you may request to waive the $350 filing fee by completing an IFP application pursuant to 28 U.S.C. § 1915. (Note: the $55 administrative fee does not apply where IFP is granted.) If you are a prisoner, you must also complete the Prisoner Authorization form along with the IFP application. An IFP application and/or Prisoner Authorization form is enclosed.

☐ Each plaintiff named in the caption must sign the complaint and each plaintiff must complete a separate IFP application and/or Prisoner Authorization form, if applicable. An IFP application and/or Prisoner Authorization form for each plaintiff named in the caption is enclosed.

☐ Your IFP application does not contain enough information for the Court to consider your request. Please complete the enclosed IFP application. If you are presently incarcerated, please complete the enclosed Prisoner Authorization form as well as the IFP application.

**Other:**

Sincerely,

*August Marziliano*
**August Marziliano**
Chief Deputy, Brooklyn

*Ogoro Francis-McLeish*
**Ogoro Francis-McLeish**
Chief Deputy, Central Islip

Enclosure(s)
rev. 5/15/2024

C/M-JHD-05/09/2025

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Leonard Clingman | ) |
| *Plaintiff/Petitioner* | ) |
| v. | )  Civil Action No. |
| Forward Blue | ) |
| *Defendant/Respondent* | ) |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ❐ Yes      ❐ No
(b) Rent payments, interest, or dividends               ❐ Yes      ❐ No
(c) Pension, annuity, or life insurance payments        ❐ Yes      ❐ No
(d) Disability, or worker's compensation payments       ❐ Yes      ❐ No
(e) Gifts, or inheritances                              ❐ Yes      ❐ No
(f) Any other sources                                   ❐ Yes      ❐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

   4. Amount of money that I have in cash or in a checking or savings account: $ _____ .

   5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

   6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

   7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

   8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

   *Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

                                  _____
                                     *Applicant's signature*

                                  _____
                                      *Printed name*

| Print | Save As... | Add Attachment | Reset |