The Honorable Lara K. Eshkanazi
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Courtroom N322
Brooklyn, New York 11201 July 31st, 2025



---

### PLAINTIFF'S REQUEST FOR ISSUANCE OF SUMMONS
Re: *Clingman v. Forward Blue*, 1:25-cv-02618 (LKE)

---

Your Honor,

    I am the Plaintiff pro se in this case and respectfully write to request issuance of a summons for the Defendants named below so that they may be served:

    Forward Blue A NJ Nonprofit Corporation
    325 Groveland Ave.
    P.O. Box 702
    Somers Point, NJ 08244

    Pursuant to CPLR Rule 4(d)(1), a Notice of Lawsuit and Request to Waive Service of a Summons, two copies of the Waiver of Service of Summons and the complaint in this case were sent via USPS First Class Mail and email to Defendant at the address above, which is the address for their registered agent, as well as to their email address on April 29th, 2025. Defendant has not responded, or returned signed waivers, since which necessitates this request.

    Thank you for your time and consideration.

Dated: Ju;y 31st, 2025
    Brooklyn, NY

                                                               Respectfully Submitted,

                                                               /s/ Leonard Clingman

                                                              _____

                                                              Leonard Clingman, Plaintiff pro se
                                                             165 Tompkins Ave, #2
                                                             Brooklyn, NY 11206
                                                             646-881-8777
                                                             keithclingman@gmail.com

1

SENT VIA EDNY PRO SE PORTAL AT:
https://prose.nyed.uscourts.gov/

## STATEMENT PURSUANT TO 28 U.S.C. § 1746 & FRCP RULE 11

I, Leonard Clingman, the plaintiff pro se in the above-referenced case, state, pursuant to 28 U.S.C. § 1746 and FRCP Rule 11b, and as allowed by this Court's Local Rule 1.9, under penalty of perjury that the foregoing is true and correct; it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and, that the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

/s/ Leonard Clingman

_____

Executed July 31st, 2025