*** Filed *** 01:41 PM, 03 Oct, 2025 U.S.D.C., Eastern District of New York

# UNITED STATES DISTRICT COURT

for the
Eastern District of New York

**Leonard Clingman, Leonard Clingman**

*Plaintiff*

v.

**Forward Blue, Forward Blue**

*Defendant*

Civil Action No. 1:25-cv-02618-LDH-LKE

## AFFIDAVIT OF SERVICE

Claribel Howarth, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New Jersey.That on September 27, 2025, at 10:26 am at 1 E Village Dr, Somers Point, NJ 08244-1708, Deponent served the within Summons, Civil Cover Sheet, Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Forward Blue (hereinafter referred to as "subject") by posting the documents in a conspicuous place at the premises. Proof Colorado, LLC mailed a copy of the documents via Certified Mail to 1 E Village Dr, Somers Point, NJ 08244-1708 on September 29, 2025 with tracking number 9214890260895003246941 (See ExhibitsM1a, M1b).

Additional Description:
There was no answer at the door. No contact was made. Observed no vehicles were observed at the location. No additional contacts were made.

Geolocation of Serve: https://google.com/maps?q=39.3141159421,-74.6033682291
Photograph: See Exhibit 1

Total Cost: $0.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Atlantic County ,
NJ on 10/3/2025 .

/s/ *Claribel Howarth*

Signature
Server Name: Claribel Howarth
License#:

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving Forward Blue:

Date / Time: September 23, 2025 2:49 pm
Address: 325 W Groveland Ave, Somers Point, NJ 08244
Geolocation: https://google.com/maps?q=39.3250058199,-74.5983510284
Description: I spoke with an employee. They stated that they are not authorized to accept service on behalf of the business. . Post office building. Unable to accept service. An employee confirmed that this is the wrong business.

Date / Time: September 24, 2025 6:00 pm
Address: 1 E Village Dr, Somers Point, NJ 08244-1708
Geolocation: https://google.com/maps?q=39.3139406099,-74.6033975941
Description: There was no answer at the door. No contact was made. Observed movement and voices were heard inside, but no one answered the door. Dog barking television on. A Blue tesla was parked in the driveway. No additional contacts were made.

Date / Time: September 25, 2025 4:02 pm
Address: 1 E Village Dr, Somers Point, NJ 08244-1708
Geolocation: https://google.com/maps?q=39.3139616667,-74.6033833333
Description: There was no answer at the door. No contact was made. . A Blue tesla with license plate V75-sbu was parked in the driveway. No additional contacts were made.


Exhibit 1a)
One


Exhibit 1b)
02618-LDH-LKE
Page 1 of 2 PageID #: 48
Summons in a Civil Action
UNITED STATES DISTRICT COURT
for the
Eastern District of New York
Leonard Clingman
a natural person,
Plaintiff(s)
v.
Forward Blue
a Political Action Committee
Defendant(s)
Civil Action No.
DeARCY HALL, J.
SUMMONS IN A CIVIL ACTION
ESHKENAZI, M.J.
To: (Defendant's name and address) Forward Blue a Political Action Committee
325 W. Groveland Avenue
Somers Point, NJ 08244
A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Leonard Clingman
165 Tompkins Avenue, #2
Brooklyn, NY 11206
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.
BRENNA B. MAHONEY
CLERK OF COURT
Date: 09/18/2025
Signature of Clerk or Deputy Clerk

# Mailing 1 - Service Evidence

## Exhibit M1a - Proof of Service

**Document Type:** Proof of Service

**Document Name:** mailing-proof-of-service-59174

*This document is attached as part of this exhibit and forms part of this affidavit.*

## Exhibit M1b - Certificate of Acceptance

**Document Type:** Certificate of Acceptance

**Document Name:** mailing-proof-of-acceptance-59174

*This document is attached as part of this exhibit and forms part of this affidavit.*

EDEXISPOS-FCM

| ATTORNEY OR PARTY OF CASE SERVING THESE DOCUMENTS: | FOR COURT USE ONLY |
|---|---|
| Ketih Clingman<br>Ketih Clingman<br>Telephone: (646) 881-8777<br>Email: | |

# PROOF OF SERVICE BY FIRST-CLASS MAIL

CASE NUMBER/S: 1218231

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

   Edex Information Systems, Inc.
   255 New York Ranch Road, Suite # F
   Jackson, CA 95642

3. On (date) 09/30/2025 the following documents were served from (city & state): Jackson, California

   1. Doc. 11 - Summons.pdf
   2. Doc. 1 - Civil Cover Sheet.pdf
   3. Doc. 1 - Complaint.pdf

☐ Continued on the Attachment of Served Documents (form EDEXISPOS_D)

4. The documents listed above were enclosed in a sealed envelope or package addressed to the persons listed in 5 (below). The sealed envelope or package was then placed for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The names and addresses of each person to whom I mailed the documents:

   1. Forward Blue [Certified Mail Return Receipt Elect]
      1 E Village Dr Somers Point, NJ 08244-1708

☐ Continued on the Attachment of Served Parties (form EDEXISPOS_P)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature Date: 09/30/2025

Charles Bowen
(Name of person completing this form)

▶ [signature]
(Signature of person completing this form)

This page left intentionally blank

# CERTIFIED MAIL ACCEPTANCE RECEIPT

EDEX Information Systems Inc. /209-223-3461 / edexis.com

**The US Postal Service accepted this mailing at the time shown in the certification seal at right. EDEXIS has stored this USPS acceptance data for your records. You may verify this data by scanning the QR code or visiting the USPS website shown below.**

**USPS TRACKING#** 9214 8902 6089 5003 2469 41

CERTIFICATION OF USPS ACCEPTANCE
ACCEPTED
09/30/2025
Jackson, CA 95642
*EDEXIS*

For tracking history, scan the QR code to the right or click on the website address below:

https://edexis.com/tracking.htm?spk=002423057&did=4818658

Access the official USPS tracking webpage to add tracking notifications by clicking on the website address below:

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9214890260895003246941

Sender (from):

Proof Tech

,

| | |
|---|---|
| EDEXIS OrderID: 2423057 | Return Receipt (Electronic): YES |
| Acceptance Date: 09/30/2025 | USPS Post Office: Jackson CA 95642 |

Recipient (sent to):

Forward Blue
1 E Village Dr
Somers Point, NJ 08244-1708

First Class Letter

## Certification of US Postal Service Acceptance

We hereby certify the United States Postal Service accepted this mailing from EDEXIS at the time shown in the certification seal above.

**COMPLIANCE STATEMENT**: EDEXIS is a neutral, third-party document printing and mailing service for the legal and medical industry in the United States. We are not a party to any matter or action related to the Sender or Reciever of this mailing.

We confirm USPS acceptance by requiring each Certified Mail barcode is electronically scanned by a postal service employee in our presence when we deposit mail at a US Post Office. We further confirm acceptance by later verifying each Certified Mail tracking number we produce shows an acceptance scan in the USPS tracking data we receive electronically from the postal service. For questions about this mailing, please email support@edexis.com and provide the order number and tracking number shown above.