UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF THE STATE OF NEW YORK

LEONARD CLINGMAN,

    Plaintiff,

v.

FORWARD BLUE,

    Defendant.

Case No: 1:25-cv-02618-LDH-LKE

**Re: Plaintiff's Notice of Motion Seeking Rejection of Defendant's Motion to Dismiss**

Your Honor,

I am the plaintiff *pro se* in the above-captioned case and pursuant to this Court's Individual Practice III (B)(2) respectfully submit this cover letter to inform the Court that as of today, December 8th, 2025, I have served Defendant with this cover letter and the notice of motion and memorandum of law regarding my instant motion seeking rejection of Defendant's motion to dismiss.

Further, pursuant to this Court's Individual Practice III (B)(2) I will wait to file the motion until it has been fully briefed.

I hereby certify that I served the motion papers today via email and USPS First Class Mail.

Dated: December 8th, 2025

    Brooklyn, NY

/s/ Leonard Clingman

_____
Leonard Clingman
Plaintiff *pro se*
165 Tompkins Ave., #2
Brooklyn, NY 11206
646-881-8777
keithclingman@gmail.com