# BAKER DONELSON

281 WITHERSPOON ST. · 3RD FLOOR · PRINCETON, NJ 08540 · 609.490.4860 · bakerdonelson.com

DANIEL D. EDELMAN, SHAREHOLDER
**Direct Dial**: 609-490-4856
**E-Mail Address**: dedelman@bakerdonelson.com

December 11, 2025

**VIA ECOURTS**

Hon. LaShann DeArcy Hall, U.S. District Court Judge
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 4H North

RE: *Leonard Clingman v. Forward Blue*, Case No. 1:25-cv-02618-LDH-LKE

Dear Judge DeArcy Hall:

On behalf of Defendant, Forward Blue, we write concerning a purported motion Plaintiff served on Defendant on December 8, 2025. In that motion, Plaintiff asks that the Court "reject" Defendant's Motion to Dismiss served on Plaintiff on November 25, 2025. Neither motion has been filed yet, as neither has been fully briefed. In fact, Defendant is complying with Plaintiff's wishes and Your Honor's Individual Practice Rule III(B)(2) to refrain from filing motion papers until a motion is fully briefed. We also write to inform the Court that earlier today, Defendant served its Memorandum of Law in opposition to Plaintiff's motion.

In the interim, we wish to inform the Court that Plaintiff's motion is altogether without merit because Plaintiff expressly agreed to the two-week scheduling adjustment that he now misuses to challenge the timeliness of Defendant's November 25, 2025 service of the Motion to Dismiss. Please see the attached email correspondence with Plaintiff, dated November 3, 2025, confirming his consent to the revised briefing schedule regarding the Motion to Dismiss. To the extent Plaintiff needs additional time to respond to the Motion to Dismiss, which he seeks as an alternative request for relief in his motion, Defendant consents to such an extension.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

*/s/ Daniel D. Edelman*

Daniel D. Edelman

cc: Leonard Clingman, *keithclingman@gmail.com*

|          |                                              |
|----------|----------------------------------------------|
| From:    | Keith Clingman                               |
| To:      | Edelman, Daniel D.                           |
| Cc:      | Cann, Eve                                    |
| Subject: | Re: Clingman v. Forward Blue, 1:25-cv-02618 (EDNY) |
| Date:    | Monday, November 3, 2025 12:27:51 PM         |

Hi Dan, this proposed schedule works for me.

On Mon, Nov 3, 2025 at 12:21 PM Edelman, Daniel D. <dedelman@bakerdonelson.com> wrote:

> Dear Mr. Clingman:
>
> As you know, we represent the Defendant in the above-captioned action.
>
> We write pursuant to Judge DeArcy Hall's Individual Practice Rules I(E)(2) to request Plaintiff's consent as to a slight extension of time on the briefing schedule for the motion to dismiss set out in the Court text order of today. We request an additional two weeks for Defendant's opening brief and papers so that those would now be due on November 25 (from the original November 11). Consistent with the judge's order's, Plaintiff's opposition papers would be due 30 days after that, which would be Christmas Day, so we can push that to December 26. Defendant's reply would be due 30 days thereafter, which would be Sunday January 25, 2026 so we can push that to Monday January 26.
>
> Please let us know if you consent to this schedule and we will send a letter to the Court confirming the briefing schedule.
>
> Thanks,
>
> Dan
>
> **Daniel D. Edelman**
>
> Shareholder
>
> Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
>
> The Connective (Virtual Office) and
>
> 281 Witherspoon Street
>
> 3rd Floor

Princeton, NJ 08540

Direct: 609-490-4856

Email: dedelman@bakerdonelson.com

www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

represents clients across the U.S. and abroad from

offices in Alabama, Florida, Georgia, Louisiana, Maryland,

Mississippi, New Jersey, North Carolina, South Carolina,

Tennessee, Texas, Virginia, and Washington, D.C.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.