# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF THE STATE OF NEW YORK

LEONARD CLINGMAN,

    Plaintiff,

v.

FORWARD BLUE,

    Defendant.

Case No: 1:25-cv-02618-LDH-LKE

**Re: Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Reject Defendant's Motion to Dismiss**

Your Honor,

    I am the plaintiff *pro se* in the above-captioned case and pursuant to this Court's Individual Practice III (B)(2) respectfully submit this cover letter to inform the Court that as of today, December 13th, 2025, I have served Defendant with this cover letter and a reply to Defendant's opposition to my Motion to Dismiss.

    Further, pursuant to this Court's Individual Practice III (B)(2) I will wait to file the motion until it has been fully briefed.

    I hereby certify that I served the motion papers today via email and USPS First Class Mail.

Dated: December 13th, 2025          /s/ Leonard Clingman

    Brooklyn, NY

                                                 Leonard Clingman
                                                 Plaintiff *pro se*
                                                 165 Tompkins Ave., #2
                                                 Brooklyn, NY 11206
                                                 646-881-8777
                                                 keithclingman@gmail.com