UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF THE STATE OF NEW YORK

*** Filed ***
01:03 PM, 15 Dec, 2025
U.S.D.C., Eastern District of New York

LEONARD CLINGMAN,

    Plaintiff,

    v.

FORWARD BLUE,
    Defendant.

Case No: 1:25-cv-02618-LDH-LKE

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of this motion, and all prior pleadings and proceedings, Plaintiff Leonard Clingman ("Plaintiff") will move this Court before the Honorable LaShann DeArcy Hall at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York 11201 on a date and at a time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 83(b) and this Court's inherent authority; rejecting and/or denying Defendant's Motion to Dismiss as untimely and improper; ordering Defendant to file an answer by a date certain; or, alternately, extending Plaintiff's time to serve his opposition to Defendant's motion to dismiss by 30 days from the date this motion is decided, together with such other and further relief as the Court may deem just and proper.

Dated: December 8th, 2025

/s/ Leonard Clingman

Leonard Clingman
Plaintiff *pro se*
165 Tompkins Ave., #2
Brooklyn, NY 11206
646-881-8777
keithclingman@gmail.com