**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **X**

Leonard Clingman,                                   :     1:25-cv-02618-LDH-LKE
                                                    :
                          Plaintiff,                :
                                                    :
             - against-                             :     **DECLARATION OF**
                                                    :     **DANIEL D. EDELMAN**
Forward Blue,                                       :
                                                    :
                          Defendant.                :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **X**

Daniel D. Edelman declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney at law in good standing in the State of New York and am admitted to practice in the United States District Court for the Eastern District of New York. I am a Shareholder with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., attorneys for Forward Blue ("Forward Blue" or "Defendant") in the above-captioned matter. I am lead counsel for the Defendant in this matter. I make this declaration based on personal knowledge of the facts and circumstances stated herein.

2.      I submit this Declaration in support of Forward Blue's Memorandum of Law in Opposition to Plaintiff's Motion to Reject Defendant's Motion to Dismiss Plaintiff's Complaint (the "Motion to Reject").

3.      Attached as Exhibit 1 is a true and correct copy of the Parties' November 3, 2025 email communications outlining the agreement on the extended briefing schedule for the Motion to Dismiss.

4.    Attached as Exhibit 2 is a true and correct copy of the undersigned counsel's email communication to Chambers sent on November 4, 2025 at 12:09 p.m. EST, which was copied to Plaintiff, and noted Plaintiff's consent to the request for an extension of time for the Motion to Dismiss briefing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2025 in New York, NY.

/s/ Daniel D. Edelman
Daniel D. Edelman

1

| From: | Keith Clingman |
|---|---|
| To: | Edelman, Daniel D. |
| Cc: | Cann, Eve |
| Subject: | Re: Clingman v. Forward Blue, 1:25-cv-02618 (EDNY) |
| Date: | Monday, November 3, 2025 12:27:51 PM |

Hi Dan, this proposed schedule works for me.

On Mon, Nov 3, 2025 at 12:21 PM Edelman, Daniel D. <dedelman@bakerdonelson.com>
wrote:

Dear Mr. Clingman:

As you know, we represent the Defendant in the above-captioned action.

We write pursuant to Judge DeArcy Hall's Individual Practice Rules I(E)(2) to request
Plaintiff's consent as to a slight extension of time on the briefing schedule for the motion to
dismiss set out in the Court text order of today. We request an additional two weeks for
Defendant's opening brief and papers so that those would now be due on November 25
(from the original November 11). Consistent with the judge's order's, Plaintiff's opposition
papers would be due 30 days after that, which would be Christmas Day, so we can push that
to December 26. Defendant's reply would be due 30 days thereafter, which would be
Sunday January 25, 2026 so we can push that to Monday January 26.

Please let us know if you consent to this schedule and we will send a letter to the Court
confirming the briefing schedule.

Thanks,

Dan

**Daniel D. Edelman**

Shareholder

Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC

The Connective (Virtual Office) and

281 Witherspoon Street

3rd Floor

Princeton, NJ 08540

Direct: 609-490-4856

Email: dedelman@bakerdonelson.com

www.bakerdonelson.com


Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

represents clients across the U.S. and abroad from

offices in Alabama, Florida, Georgia, Louisiana, Maryland,

Mississippi, New Jersey, North Carolina, South Carolina,

Tennessee, Texas, Virginia, and Washington, D.C.


NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.

**2**

| | |
|---|---|
| **From:** | Edelman, Daniel D. |
| **To:** | dearcyhall_chambers@nyed.uscourts.gov |
| **Cc:** | Keith Clingman |
| **Subject:** | Clingman v. Forward Blue, 1:25-cv-02618 -- ADJOURNMENT REQUEST [Dkt. No. 18] |
| **Date:** | Tuesday, November 4, 2025 12:09:15 PM |
| **Attachments:** | 2025-11-04 (ECF 18) Hon. DeArcy Hall Letter.11.04.25 w proposed revised scheduling order.pdf |

On behalf of the Defendant, please see the attached per Your Honor's Individual Practice Rules I.E.3.

Plaintiff, who is copied on this email, has consented to this request.

**Daniel D. Edelman**
Shareholder

Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
The Connective (Virtual Office) and
281 Witherspoon Street
3rd Floor
Princeton, NJ 08540
Direct: 609-490-4856
Email: dedelman@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from
offices in Alabama, Florida, Georgia, Louisiana, Maryland,
Mississippi, New Jersey, North Carolina, South Carolina,
Tennessee, Texas, Virginia, and Washington, D.C.