Case 1:25-cv-02618-LDH-LKE     Document 23-5     Filed 12/15/25     Page 1 of 5 PageID #: 113

1

| | |
|---|---|
| **From:** | Keith Clingman |
| **To:** | Edelman, Daniel D. |
| **Cc:** | Cann, Eve |
| **Subject:** | Re: Clingman v. Forward Blue, 1:25-cv-02618 (EDNY) |
| **Date:** | Monday, November 3, 2025 12:27:51 PM |

Hi Dan, this proposed schedule works for me.

On Mon, Nov 3, 2025 at 12:21 PM Edelman, Daniel D. <dedelman@bakerdonelson.com> wrote:

Dear Mr. Clingman:

As you know, we represent the Defendant in the above-captioned action.

We write pursuant to Judge DeArcy Hall's Individual Practice Rules I(E)(2) to request Plaintiff's consent as to a slight extension of time on the briefing schedule for the motion to dismiss set out in the Court text order of today. We request an additional two weeks for Defendant's opening brief and papers so that those would now be due on November 25 (from the original November 11). Consistent with the judge's order's, Plaintiff's opposition papers would be due 30 days after that, which would be Christmas Day, so we can push that to December 26. Defendant's reply would be due 30 days thereafter, which would be Sunday January 25, 2026 so we can push that to Monday January 26.

Please let us know if you consent to this schedule and we will send a letter to the Court confirming the briefing schedule.

Thanks,

Dan

**Daniel D. Edelman**

Shareholder

Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC

The Connective (Virtual Office) and

281 Witherspoon Street

3rd Floor

Princeton, NJ 08540

Direct: 609-490-4856

Email: dedelman@bakerdonelson.com

www.bakerdonelson.com


Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

represents clients across the U.S. and abroad from

offices in Alabama, Florida, Georgia, Louisiana, Maryland,

Mississippi, New Jersey, North Carolina, South Carolina,

Tennessee, Texas, Virginia, and Washington, D.C.


NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.

**2**

| | |
|---|---|
| **From:** | Edelman, Daniel D. |
| **To:** | dearcyhall_chambers@nyed.uscourts.gov |
| **Cc:** | Keith Clingman |
| **Subject:** | Clingman v. Forward Blue, 1:25-cv-02618 -- ADJOURNMENT REQUEST [Dkt. No. 18] |
| **Date:** | Tuesday, November 4, 2025 12:09:15 PM |
| **Attachments:** | 2025-11-04 (ECF 18) Hon. DeArcy Hall Letter.11.04.25 w proposed revised scheduling order.pdf |

On behalf of the Defendant, please see the attached per Your Honor's Individual Practice Rules I.E.3.

Plaintiff, who is copied on this email, has consented to this request.


**Daniel D. Edelman**
Shareholder

Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
The Connective (Virtual Office) and
281 Witherspoon Street
3rd Floor
Princeton, NJ 08540
Direct: 609-490-4856
Email: dedelman@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from
offices in Alabama, Florida, Georgia, Louisiana, Maryland,
Mississippi, New Jersey, North Carolina, South Carolina,
Tennessee, Texas, Virginia, and Washington, D.C.