*** Filed ***
11:32 AM, 19 Aug, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF THE STATE OF NEW YORK**

---

**LEONARD CLINGMAN**, a natural person,

Plaintiff,

v.

**FORWARD BLUE,** a Political Action Committee,
Defendant.

---

Case No: 1:25-cv-02618 -LDH-LKE

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP § 41(a)(1)(A)(i)**

TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE that Plaintiff pro se Leonard Clingman hereby voluntarily dismisses the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 18th, 2026

Brooklyn, NY

/s/ Leonard Clingman

Leonard Clingman
Plaintiff pro se
165 Tompkins Ave., #2
Brooklyn, NY 11206
646-881-8777
keithclingman@gmail.com